**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

     v.                                        Criminal No. 06-cr-158-01-JD

<u>Gerald Tvelia</u>

**<u>O R D E R</u>**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  The drug treatment facility rejected defendant for his lack of adjustment and motivation.  Given the failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **<u>ORDERED</u>** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the

corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 3, 2006

cc:  Helen W. Fitzgibbon, Esq.
     Bjorn R. Lange, Esq.
     U.S. Marshal
     U.S. Probation